FRANK COLONNA, Respondent, v. THE STATE OF NEW YORK, Appellant.*— Judgment modified on the facts by reducing the award to the sum of $7,875 as of the date of entry of the judgment, and as so modified affirmed, without costs on this appeal. Finding of fact No. 10 disapproved and reversed and a new finding made. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ. [146 Misc. 762.]

A. A. TURNER and Another, Appellants, v. THE BLACK RIVER REGULATING DISTRICT, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

OSWEGO FALLS CORPORATION, Appellant, v. CITY OF FULTON and Others, Respondents.— Judgment so far as appealed from affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ. [148 Misc. 170.]

JOHN C. VAN SON, Respondent, v. MARINE TRUST COMPANY OF BUFFALO and Another, Appellants, and Another, Defendant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

KAROL BUCZKOWSKI, and Another, Respondents, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Judgment reversed on the law and facts, with costs, and complaint dismissed, with costs, on the ground that the finding that the insured met his death other than by suicide is contrary to and against the weight of the evidence. All concur, except Sears, P. J., and Lewis, J., who dissent and vote for reversal on the facts and for granting a new trial on the ground that the finding that the insured died otherwise than by suicide is against the weight of the evidence. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

MILDRED C. JOHNSON, Respondent, v. BANK OF JAMESTOWN, as Executor, etc., of CHARLES A. JOHNSON, Deceased, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

MARIAN JOHNSON, an Infant, etc., Respondent, v. BANK OF JAMESTOWN, as Executor, etc., of CHARLES A. JOHNSON, Deceased, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

LILLIAN JOHNSON LOUNSBERY, Respondent, v. BANK OF JAMESTOWN, as Executor, etc., of CHARLES A. JOHNSON, Deceased, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.